PER CURIAM.
 

 Katherine Speed challenges multiple provisions of the final judgment that dissolved her marriage to Greg Ferris. After a thorough review of the record, we find no reversible error and we affirm the final judgment on the merits. However, we dismiss as premature the portion of the appeal relating to the trial court’s determination that Mr. Ferris is entitled to attorney’s fees.
 
 See Zuberer v. Zuberer,
 
 28 So.3d 993, 993-94 (Fla. 2d DCA 2010) (“The trial court’s ruling addressed only entitlement to fees; the issue is not ripe for appeal until it determines the amount.” (citing
 
 McIlveen v. McIlveen,
 
 644 So.2d 612, 612 (Fla. 2d DCA 1994)));
 
 Consumer Lightning Prods., Inc. v. Allen Enters., Inc.,
 
 911 So.2d 884, 884 (Fla. 2d DCA 2005).
 

 Affirmed in part and dismissed in part.
 

 ALTENBERND, DAVIS, and WALLACE, JJ., Concur.